# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

ADREANNA ARNETT HENDRICKS,

              Plaintiff,

v.

EQUIFAX INFORMATION SERVICES,
LLC

              Defendant.

**Case No.:** 4:26-01486

Honorable Richard W. Bennett

**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**

**NOTICE IS HEREBY GIVEN** that Plaintiff Adreanna Arnett Hendricks ("Plaintiff") and Defendant Equifax Information Services, LLC, have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as to Defendant Equifax Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

1

RESPECTFULLY SUBMITTED on May 27, 2026

By: /s/ Landon T. Maxwell
Landon T. Maxwell, AZ #038439
Southern District of TX Bar No. 3943781
CONSUMER JUSTICE LAW FIRM PLC
8095 N 85th Way
Scottsdale, AZ 85258
T: (480) 626-1975
F: (480) 613-7733
E:lmaxwell@consumerjustice.com

*Attorneys for Plaintiff*
*Adreanna Arnett Hendrics*

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2026 I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Amanda Dakroub*

2